IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| MARLA LUDWICK, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:12CV00027-JJV |
| CAROLYN W. COLVIN, | * |
| Acting Commissioner, | * |
| Social Security Administration, | * |
| | * |
| Defendant. | |

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 11th day of March, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE